UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-0636-AG(KESx) | Date | August 13, 2018 |
| Title | JOHNSON CONTROLS, INC v THERMA, LLC, ET AL | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Garcia | Deborah Gubernick |

**Proceedings:**   1. SCHEDULING CONFERENCE
2. DEFENDANTS THERMA, LLC'S, CHARLES ACKER'S, DON BACH'S, JESSICA DELGARDO'S, SHANNON GUERRERO'S, MATTHEW LANCEY'S, AND ROBERT MITCH SAGER'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DKT 34]

Cause is called for hearing and counsel make their appearances.  Motion is argued and taken under submission.  Court and counsel confer.  The Court sets the following dates:

Discovery CutOff is February 21, 2019.

A Final Pretrial Conference is set for May 6, 2019, at 8:30 a.m.  A Jury Trial is set for May 21, 2019 at 9:00 a.m.  Court sets the length of the trial at 5 days.

Counsel stipulate to and the Court orders ADR Procedure No. 2.

Scheduling Order Specifying Procedures is signed and filed this date.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | lmb | |

cc: ADR