David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Plaintiff and Counter-Defendant
Johnson Controls, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHNSON CONTROLS, INC., a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>THERMA, LLC, a Delaware limited liability corporation; CHARLES ACKER, an individual; DON BACH, an individual; JESSICA DELGADO, an individual; SHANNON GUERRERO, an individual; MATTHEW LANCEY, an individual; REGINA ROMERO, an individual; ROBERT MITCH SAGER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>SHANNON GUERRERO, an individual; and REGINA ROMERO, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>JOHNSON CONTROLS, INC., a Wisconsin corporation; and ROES 1-100,<br><br>Counter-Defendant. | Case No. 8:18-cv-00636-AG-KESx<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: April 17, 2018<br>Trial Date: May 21, 2019<br>District Judge: Andrew J. Guilford<br>Magistrate Judge: Karen E. Scott |

Proposed Order Granting Stipulated

Case No. 8:18-cv-00636-AG-KESx

ORDER GRANTING STIPULATED PROTECTIVE ORDER

# ORDER GRANTING PROTECTIVE ORDER

On January 24, 2019, the parties submitted a joint Stipulated Protective Order with a Proposed Order that protects sensitive or non-public information and documents obtained during the discovery process. Both parties agreed to and signed the protective order.

Having reviewed the reasons offered in support of the entry of this Protective Order, I find good cause to protect the confidential nature of certain information. Accordingly, the Protective Order is hereby approved. The parties are ordered to comply with the terms of the approved Protective Order, which are adopted and incorporated by reference into this Order.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: January 25, 2019

*Karen E. Scott*
_____
Honorable Karen E. Scott
United States District/Magistrate Judge

37162661.1

Proposed Order Granting Stipulated