David A. Garcia CA Bar No. 218356
david.garcia@ogletreedeakins.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714.800.7900
Facsimile:   714.754.1298

Attorneys for Plaintiff and Counter-Defendant
Johnson Controls, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHNSON CONTROLS, INC., a Wisconsin corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THERMA, LLC, a Delaware limited liability corporation; CHARLES ACKER, an individual; DON BACH, an individual; JESSICA DELGADO, an individual; SHANNON GUERRERO, an individual; MATTHEW LANCEY, an individual; REGINA ROMERO, an individual; ROBERT MITCH SAGER, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>SHANNON GUERRERO, an individual; and REGINA ROMERO, an individual,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>JOHNSON CONTROLS, INC., a Wisconsin corporation; and ROES 1-100,<br><br>　　　　　Counter-Defendant. | Case No. 8:18-cv-00636-AG-KESx<br><br>**JOINT STATUS REPORT DESCRIBING EFFORTS TO AGREE ON A PROTOCOL FOR INSPECTION AND/OR PRODUCTION OF NATIVE FILES FROM DEFENDANTS' ELECTRONIC DEVICES**<br><br>Complaint Filed:　April 17, 2018<br>Trial Date:　　　May 21, 2019<br>District Judge:　 Andrew J. Guilford<br>Magistrate Judge: Karen E. Scott |

34068827_2.docx

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's Minute Order of January 28, 2019, Plaintiff/Counter-Defendant Johnson Controls, Inc. ("JCI") and Defendants Therma, LLC ("Therma"), Charles Acker, Don Bach, Jessica Delgado, Matthew Lancey, Robert Mitch Sager and Defendants/Counter-Claimants Shannon Guerrero and Regina Romero (collectively with Therma, "Defendants") (collectively, JCI and the Defendants are collectively referred to as the "Parties."). The Parties submit this Joint Status Report as follows:

## I. Introduction

Defendants are in possession of certain JCI's e-files stored on Defendants' electronic devices. On January 28, 2019, the Hon. Karen E. Scott issued a Minute Order with respect to JCI's Motion to Compel Discovery of Defendant's electronic storage devices. The Parties were ordered to submit a joint status report by February 4, 2019, describing their efforts to agree on a protocol for inspecting and/or producing native files from Defendants' electronic devices that contain Plaintiff's files.

The Parties have progressed in resolving issues collaboratively in the past week and expect to be able to continue to do so in the coming week. Specifically, counsel participated in two separate in-person meet and confer sessions on January 28, 2019 and on January 30, 2019, as well as a telephonic conference on January 31, 2019.

## II. Plaintiff's Portion of Joint Statement

As a result of the meet and confer efforts, Defendants have agreed to return all JCI electronic files in their native format, except that Defendants have not yet specified when Defendants would return the files on the devices or produce screenshots of the contents of the files on the devices. (See Declaration of David Garcia ["Garcia Decl."], Ex. 1). Plaintiff contends that, pursuant to Federal Rule of Civil Procedure 34(b) and the related Advisory Committee Notes, JCI's materials must be returned in the native file format ("If a request does not specify a form for producing electronically stored

34068827_2.docx

1   Case No. 8:18-cv-00636-AG-KESx
JOINT STATUS REPORT DESCRIBING EFFORTS TO AGREE ON A PROTOCOL FOR INSPECTION AND/OR PRODUCTION OF NATIVE FILES FROM DEFENDANTS' ELECTRONIC DEVICES

1 information, a party must produce it in a form or forms in which it is ordinarily
2 maintained or in a reasonably usable form or forms…"), and requests the immediate
3 return of its e-files in their native format or at least produce screenshots of the all of
4 the contents on Defendants' devices. As part of the meet and confer, Plaintiff has
5 produced to Counsel for Defendants a list of the devices that it is aware that Defendants
6 connected to JCI's computers. Without the devices, however, Plaintiff does not know
7 if it has identified the actual devices that connected to JCI's computers and whether
8 Defendants have moved the JCI files to other devices or equipment Garcia Decl., Ex.
9 2.

### III. Defendants' Portion of Joint Statement

Defendants are working diligently with a forensic specialist in identifying materials allegedly belonging to JCI so they may be returned to Plaintiff in native form.  Notably, after the Parties' telephonic hearing with the Court, Defendants' primary counsel on this case, Deborah Gubernick, announced her transfer to another firm.

Plaintiff's counsel has been made aware of the transfer of management of this case. Moreover, the Parties recently discussed settlement.  On February 1, 2019, the Parties filed with Judge Guilford a joint stipulation to extend discovery and trial dates.  Having recently discussed settlement and mediation, the extension, if granted, will allow more time for meaningful settlement negotiations, while also allowing the Parties to potentially resolve additional discovery concerns – and provide time for Defendants' counsel to facilitate the details involved in the forensic copying/exportation of documents allegedly belonging to JCI.  It is anticipated that Defendants' counsel, Ms. Gubernick, will handle the production of such files while at her new firm.

34068827_2.docx

Defendants will address the Magistrate separately regarding the outstanding discovery items set forth in Defendants' motion to compel, pending the disposition of the stipulation to extend discovery and trial dates, and pending the Parties' developments with respect to mediation and settlement efforts.

DATED:  February 4, 2019         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /S/ Graham M. Hoerauf
David A. Garcia
Graham M. Hoerauf

Attorneys for Plaintiff
Johnson Controls, Inc.

DATED:  February 4, 2019         CALL & JENSEN, APC

By:  /S/ Deborah A. Gubernick
William P. Cole
David R. Sugden
Deborah A. Gubernick
Delavan J. Dickson

Attorneys for Defendants/Counter-Claimants
Therma, LLC, Charles Acker, Don Bach, Jessica Delgado, Shannon Guerrero, Matthew Lancey and Robert Mitch Sager

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a), I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the contents of this filing and have authorized the filing of this document.

Dated:  February 4, 2019         /S/ Graham M. Hoerauf
Graham M. Hoerauf

34068827_2.docx

**PROOF OF SERVICE**
*Johnson Controls, Inc. v. Therma, LLC, et al.*
Case No. 8:18-cv-00636-AG-KESx

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On February 4, 2019, I served the following document(s):

**JOINT STATUS REPORT DESCRIBING EFFORTS TO AGREE ON A PROTOCOL FOR INSPECTION AND/OR PRODUCTION OF NATIVE FILES FROM DEFENDANTS' ELECTRONIC DEVICES**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

34068827_2.docx

1
PROOF OF SERVICE  Case No. 8:18-cv-00636-AG-KESx

|   |   |   |
|---|---|---|
| ☐ | | [State Court motion, opposition, or reply only] Code of Civil Procedure section 1005(b): |
| ☐ | | [Federal Court] the written confirmation of counsel in this action and order of the court: |
| ☒ | **BY CM/ECF:** | With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System. |
| ☒ | **(Federal)** | I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |
| ☐ | **(Federal)** | I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 4, 2019, at Costa Mesa, California.

*/s/ Lisa Sles*

Lisa Sles

34068827_2.docx

2

Case No. 8:18-cv-00636-AG-KESx

PROOF OF SERVICE

# SERVICE LIST

David R. Sugden, Esq.  　　　　　　　Attorneys for Defendants
Deborah A. Gubernick, Esq.
Delavan J. Dickson, Esq.
CALL & JENSON
610 Newport Center Drive, # 700
Newport Beach, CA 92660
Telephone:  (949) 717-3000
Facsimile:　(949) 717-3100
dsugden@calljensen.com
dgubernick@calljensen.com
ddickson@calljensen.com

37293957.1